UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| THOMAS L. CLARK ) | CASE NO.  05-13445 |
| STACI D. CLARK ) | Chapter 13 |
| DEBTOR(S) ) | |

NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

NOTICE IS HEREBY GIVEN that pursuant to 11 U.S.C. Section 347(a) and Fed. Rules of Bankruptcy Procedure Rule 3011, Donald M. Aikman, the Standing Chapter 13 Trustee in this case, has deposited with the Clerk of this Court unclaimed funds to which a creditor is entitled and described as follows:

1. That Trustee has been unable to locate the creditor, Wells Fargo Servicing Solution, for whom he holds the sum of $978.18 representing distributions to which said creditor is entitled under the terms of Debtors' confirmed plan.

2. That the creditor's last known address is:  Wells Fargo Servicing Solution, 3210 Lake Emma Road, Suite 2000, Lake Mary, FL, 32746.

3. That Trustee has deposited with the Clerk of this Court the said sum of $978.18 for the aforesaid creditor to be disposed of under Chapter 129 of Title 28.

DATED:  February 25, 2011          /s/Donald M. Aikman
                                    Donald M. Aikman, Chapter 13 Trustee
                                    203 West Wayne Street, Suite 400
                                    Fort Wayne, IN  46802
                                    Telephone:  260/422-7062

CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this 25th day February, 2011 he mailed a true and complete copy of the above and foregoing by United States mail, postage prepaid, to the following:

Wells Fargo Servicing Solution, 3210 Lake Emma Road, Suite 2000, Lake Mary, FL, 32746
Thomas and Staci Clark, 14306 North Main Street, PO Box 641, Grabill, IN, 46741

and electronically mailed by the court's ECF system to :

United States Trustee:  ustpregion10.so.ecf@usdoj.gov
Fred Wehrwein:  wehrweinPC@aol.com

                                                               /s/Donald M. Aikman
                                                               Donald M. Aikman